

# INVOICE

| Page | Account Number | Invoice No. | Invoice Date | This Invoice | Terms |
|------|----------------|-------------|--------------|--------------|-------|
| 1 of 4 | 752-33466 | 752-06878524 | 11/30/2007 | $939.05 | Net 15 days |

CANON USA INC.
ATTN: MARYANN DENGEL
ONE CANON PLZ
FACILITIES MANAGEMENT
NEW HYDE PARK NY 11042-1198

0002080 - 0009273 BRCD 626348

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone: 888-VEXP-NOW opt# 3
Fax: 832-603-4083
Web: www.velocityexpress.com

For service period 11/24/2007 - 11/30/2007

## Account Summary as of November 30, 2007*

| | | |
|---|---|---|
| This Invoice | $939.05 | Due December 15, 2007 |
| CURRENT INVOICES | $4,590.35 | |
| PAST DUE INVOICES | $1,018.66 | |
| TOTAL BALANCE DUE | $5,609.01 | |

Please Note: Velocity Express Lockbox Remit Address Change Effective August 15, 2007

---

**Remittance Advice** - *Please Return with Payment*
Terms: Net 15 days
Your Payment is due by December 15, 2007
Account Number: 752-33466
Account Name: CANON USA INC.
Invoice Date: 11/30/2007

☐ Check here if making changes to your account information. Please note changes on reverse side.

Make check payable to Velocity Express
Please include your account number on your check

VELOCITY 752-33466
PO Box 4730
Carol Stream, IL 60197

**Account Number:** 752-33466

| Invoice Number | This Invoice | Amount Enclosed |
|----------------|--------------|-----------------|
| 752-06878524 | $939.05 | |

000339

752 334664 06878524 00000093905 8



# INVOICE

```
1 Date:11/26/07  Ctrl #:752-33012031   BOL:        Ref:215010RT10         Dropped off:15:00 Signer:DONE
Service Type:  HOT            Sender:                    Receiver:                    Charges:   Breakdown:      Total:
Pieces:        20             CANON USA INC.             CANON                        BASE       $  150.40
Weight:        150 lbs        ONE CANON PLZ              100 JAMESBURG ROAD           WEIGHT     $    5.40
Mileage:       0 miles        NEW HYDE PARK   NY 11042   JAMESBURG     NJ 08831       FUEL SRCHG $   31.55     $  187.35
Wait Time:     0 min          Caller:      JEAN          Comments:

2 Date:11/26/07  Ctrl #:752-33012032   BOL:        Ref:215010RT10         Dropped off:16:30 Signer:DONE
Service Type:  HOT            Sender:                    Receiver:                    Charges:   Breakdown:      Total:
Pieces:        10             CANON                      CANON USA INC.               BASE       $  150.40
Weight:        50 lbs         100 JAMESBURG ROAD         ONE CANON PLZ                FUEL SRCHG $   30.46     $  180.86
Mileage:       0 miles        JAMESBURG     NJ 08831     NEW HYDE PARK   NY 11042
Wait Time:     0 min          Caller:      JEAN          Comments:

3 Date:11/27/07  Ctrl #:752-33015328   BOL:        Ref:707040RT10         Dropped off:12:00 Signer:LUCY
Service Type:  HOT            Sender:                    Receiver:                    Charges:   Breakdown:      Total:
Pieces:        1              CANON USA INC.             CANON                        BASE       $  150.40
Weight:        151 lbs        OHIO DRIVE                 100 JAMESBURG ROAD           WEIGHT     $    5.40
Mileage:       0 miles        NEW HYDE PARK   NY 11042   JAMESBURG     NJ 08831       FUEL SRCHG $   31.55     $  187.35
Wait Time:     0 min          Caller:      TRAVER        Comments:

4 Date:11/28/07  Ctrl #:752-33015330   BOL:        Ref:215010RT10         Dropped off:13:00 Signer:ANTHONY
Service Type:  HOT            Sender:                    Receiver:                    Charges:   Breakdown:      Total:
Pieces:        7              CANON USA INC.             CANON                        BASE       $  150.40
Weight:        120 lbs        ONE CANON PLZ              100 JAMESBURG ROAD           WEIGHT     $    5.40
Mileage:       0 miles        NEW HYDE PARK   NY 11042   JAMESBURG     NJ 08831       FUEL SRCHG $   31.55     $  187.35
Wait Time:     0 min          Caller:      MOHAMMED      Comments:

5 Date:11/29/07  Ctrl #:752-33015336   BOL:        Ref:215010RT10         Dropped off:13:00 Signer:MICHAEL
Service Type:  HOT            Sender:                    Receiver:                    Charges:   Breakdown:      Total:
Pieces:        4              CANON USA INC.             CANON                        BASE       $  150.40
Weight:        50 lbs         ONE CANON PLZ              100 JAMESBURG ROAD           FUEL SRCHG $   30.46     $  180.86
Mileage:       0 miles        NEW HYDE PARK   NY 11042   JAMESBURG     NJ 08831
Wait Time:     0 min          Caller:      MOHAMMED      Comments:
```

|  |  |
|---|---|
| Subtotal Charges | $768.20 |
| Total Fuel Charges | $155.57 |
| JOB TOTAL | $923.77 |
| Plus Finance Charges | $15.28 |
| THIS INVOICE TOTAL | $939.05 |
| THIS INVOICE TOTAL | $939.05 |

000340



# INVOICE

| Page | Account Number | Invoice No. | Invoice Date | This Invoice | Terms |
|---|---|---|---|---|---|
| 1 of 3 | 752-33466 | 752-06884826 | 12/07/2007 | $593.89 | Net 15 days |

CANON USA INC.
ATTN: MARYANN DENGEL
ONE CANON PLZ
FACILITIES MANAGEMENT
NEW HYDE PARK NY 11042-1198

0001984 · 0008675   BRCD   627391

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone:   888-VEXP-NOW opt# 3
Fax:   832-603-4083
Web:   www.velocityexpress.com

For service period 12/01/2007 - 12/07/2007

## Account Summary as of December 07, 2007*

| | | |
|---|---|---|
| This Invoice | $593.89 | Due December 22, 2007 |
| CURRENT INVOICES | $4,400.28 | |
| PAST DUE INVOICES | $1,018.66 | |
| TOTAL BALANCE DUE | $5,418.94 | |

*161120/AW/53 = 219.75*
*707040 = 187.07*
*215010 · 187.07*

Please Note:  Velocity Express Lockbox Remit Address Change Effective August 15, 2007

---



**Remittance Advice -** *Please Return with Payment*
Terms: Net 15 days
Your Payment is due by December 22, 2007
Account Number:   752-33466
Account Name:   CANON USA INC.
Invoice Date:   12/07/2007

☐ Check here if making changes to your account information. Please note changes on reverse side.

Make check payable to Velocity Express

Please include your account number on your check

**Account Number:   752-33466**

VELOCITY 752-33466
PO Box 4730
Carol Stream, IL 60197

| Invoice Number | This Invoice | Amount Enclosed |
|---|---|---|
| 752-06884826 | $593.89 | |

752 334664 06884826 00000059389 0

000341



# INVOICE

```
1 Date:12/03/07 Ctrl #:752-33019329  BOL:         Ref:161120AW53          Dropped off:12:00 Signer:MICHAEL
Service Type:   HOT            Sender:                   Receiver:                     Charges:    Breakdown:      Total:
Pieces:         16             CANON USA INC.            CANON                         BASE        $   150.40
Weight:         540 lbs        ONE CANON PLZ             100 JAMESBURG ROAD            WEIGHT      $    27.00
Mileage:        0 miles        NEW HYDE PARK   NY 11042  JAMESBURG      NJ 08831       FUEL SRCHG  $    37.25      $   214.65
Wait Time:      0 min          Caller:     MOHAMMED      Comments:

2 Date:12/04/07 Ctrl #:752-33019392  BOL:         Ref:07040                Dropped off:13:00 Signer:BILL WARD
Service Type:   HOT            Sender:                   Receiver:                     Charges:    Breakdown:      Total:
Pieces:         1              CANON USA INC.            CANON                         BASE        $   150.40
Weight:         20 lbs         4 OHIO DR                 100 JAMESBURG ROAD
Mileage:        0 miles        NEW HYDE PARK   NY 11042  JAMESBURG      NJ 08831       FUEL SRCHG  $    31.58      $   181.98
Wait Time:      0 min          Caller:     TRAVER        Comments:

3 Date:12/05/07 Ctrl #:752-33020782  BOL:         Ref:215010RT10           Dropped off:13:00 Signer:JAMES
Service Type:   HOT            Sender:                   Receiver:                     Charges:    Breakdown:      Total:
Pieces:         3              CANON USA INC.            CANON                         BASE        $   150.40
Weight:         60 lbs         ONE CANON PLZ             100 JAMESBURG ROAD
Mileage:        0 miles        NEW HYDE PARK   NY 11042  JAMESBURG      NJ 08831       FUEL SRCHG  $    31.58      $   181.98
Wait Time:      0 min          Caller:     MOHAMMED      Comments:
```

|  |  |
|---|---|
| Subtotal Charges | $478.20 |
| Total Fuel Charges | $100.41 |
| JOB TOTAL | $578.61 |
| Plus Finance Charges | $15.28 |
| THIS INVOICE TOTAL | $593.89 |
| THIS INVOICE TOTAL | $593.89 |

You may have noticed your invoice now includes a statement of past due amounts. If you have any questions, please do not hesitate to call our Collections Hotline at 1-888-VEXP-NOW, option 4.

| ACCOUNT STATEMENT | Invoice | Period | Amount | Open |
|---|---|---|---|---|
| This Invoice | 06884826 | Dec 01, 2007 thru Dec 07, 2007 | 593.89 | 593.89 |
| Current Invoices | 06867536 | Nov 03, 2007 thru Nov 09, 2007 | 1,460.87 | 1,476.15 |
|  | 06867536 | Nov 03, 2007 thru Nov 09, 2007 | 15.28 | 1,476.15 |
|  | 06871361 | Nov 10, 2007 thru Nov 16, 2007 | 733.63 | 748.91 |
|  | 06871361 | Nov 10, 2007 thru Nov 16, 2007 | 15.28 | 748.91 |
|  | 06874946 | Nov 17, 2007 thru Nov 23, 2007 | 627.00 | 642.28 |
|  | 06874946 | Nov 17, 2007 thru Nov 23, 2007 | 15.28 | 642.28 |
|  | 06878524 | Nov 24, 2007 thru Nov 30, 2007 | 923.77 | 939.05 |
|  | 06878524 | Nov 24, 2007 thru Nov 30, 2007 | 15.28 | 939.05 |
| Past Due Invoices | 06838886 | Sep 22, 2007 thru Sep 28, 2007 | 1,018.66 | 1,018.66 |
|  |  | Total Balance Due |  | $5,418.94 |

| Service Type | Orders | Total Amount |
|---|---|---|
|  | 3 | 578.61 |
| Service Type Total | 3 | 578.61 |

000342

00019B4 - 0008877  BRCD  627391



# INVOICE

| Page | Account Number | Invoice No. | Invoice Date | This Invoice | Terms |
|---|---|---|---|---|---|
| 1 of 5 | 752-38036 | 752-06878528 | 11/30/2007 | $1,265.70 | Net 15 days |

CANON USA INC. -(JAMESBURG SCH RUN)
ATTN: FACILITIES MANAGEMENT
ONE CANON PLZ
NEW HYDE PARK NY 11042-1119

0002084 - 0009289  BRCD  626348

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone:  888-VEXP-NOW opt# 3
Fax:    832-603-4083
Web:    www.velocityexpress.com

For service period 11/24/2007 - 11/30/2007

## Account Summary as of November 30, 2007*

| | | |
|---|---|---|
| This Invoice | $1,265.70 | Due December 15, 2007 |
| CURRENT INVOICES | $6,012.21 | |
| PAST DUE INVOICES | $0.00 | |
| TOTAL BALANCE DUE | $6,012.21 | |

Please Note:  Velocity Express Lockbox Remit Address Change Effective August 15, 2007

## Remittance Advice - *Please Return with Payment*

Terms: Net 15 days
Your Payment is due by December 15, 2007
Account Number:  752-38036
Account Name:    CANON USA INC. -(JAMESBURG SCH RUN)
Invoice Date:    11/30/2007

VELOCITY 752-38036
PO Box 4730
Carol Stream, IL 60197

☐ Check here if making changes to your account information. Please note changes on reverse side.

Make check payable to Velocity Express
Please include your account number on your check

**Account Number:  752-38036**

| Invoice Number | This Invoice | Amount Enclosed |
|---|---|---|
| 752-06878528 | $1,265.70 | |

000043

752 380360 06878528 00000126570 7



# INVOICE

| # | Date | Ctrl # | BOL | Service Type | Pieces | Weight | Mileage | Wait Time | Sender | Caller | Receiver | Ref | Dropped off | Signer | Charges | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 11/26/07 | 752-33008976 | 80000581 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SY001 | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SCHEDULED RUN | | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 2 | 11/26/07 | 752-33009110 | 80000582 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SY001 | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SCHEDULED RUN | 00:00 | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 3 | 11/26/07 | 752-33009123 | 80000583 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON, 400 SYLVAN AVE, ENGLEWOOD CLIFFS NJ 07632 | SY001 | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SCHEDULED RUN | 00:00 | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 4 | 11/27/07 | 752-33009543 | 80000581 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SY001 | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SCHEDULED RUN | | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 5 | 11/27/07 | 752-33009680 | 80000582 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SY001 | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SCHEDULED RUN | 00:00 | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 6 | 11/27/07 | 752-33009694 | 80000583 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON, 400 SYLVAN AVE, ENGLEWOOD CLIFFS NJ 07632 | SY001 | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SCHEDULED RUN | 00:00 | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 7 | 11/28/07 | 752-33010892 | 80000581 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SY001 | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SCHEDULED RUN | | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |
| 8 | 11/28/07 | 752-33011030 | 80000582 | SCH | 0 | 0 lbs | 0 miles | 0 min | CANON, 100 RIDGE RD, JAMESBURG NJ 08831 | SY001 | CANON USA INC, 1 DAKOTA DR, NEW HYDE PARK NY 11042 | SCHEDULED RUN | 00:00 | | BASE / FUEL SRCHG | $70.17 / $14.21 | $84.38 |



# INVOICE

You may have noticed your invoice now includes a statement of past due amounts. If you have any questions, please do not hesitate to call our Collections Hotline at 1-888-VEXP-NOW, option 4.

| ACCOUNT STATEMENT | Invoice | Period | Amount | Open |
|---|---|---|---|---|
| This Invoice | 06878528 | Nov 24, 2007 thru Nov 30, 2007 | 1,265.70 | 1,265.70 |
| Current Invoices | 06863749 | Oct 27, 2007 thru Nov 02, 2007 | 1,234.05 | 1,234.05 |
| | 06867540 | Nov 03, 2007 thru Nov 09, 2007 | 1,249.95 | 1,249.95 |
| | 06871365 | Nov 10, 2007 thru Nov 16, 2007 | 1,249.95 | 1,249.95 |
| | 06874950 | Nov 17, 2007 thru Nov 23, 2007 | 1,012.56 | 1,012.56 |
| | | Total Balance Due | | $6,012.21 |

| Service Type | Orders | Total Amount |
|---|---|---|
| | 15 | 1,265.70 |
| Service Type Total | 15 | 1,265.70 |

000345

0002084 - 0009293 BRCD 626348



# INVOICE

| Page | Account Number | Invoice No. | Invoice Date | This Invoice | Terms |
|---|---|---|---|---|---|
| 1 of 5 | 752-38036 | 752-06884830 | 12/07/2007 | $1,273.65 | Net 15 days |

CANON USA INC. -(JAMESBURG SCH RUN)
ATTN: FACILITIES MANAGEMENT
ONE CANON PLZ
NEW HYDE PARK NY 11042-1119

0001988 - 0008891  BRCD  627391

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone:  888-VEXP-NOW opt# 3
Fax:    832-603-4083
Web:    www.velocityexpress.com

For service period 12/01/2007 - 12/07/2007

## Account Summary as of December 07, 2007*

| | | |
|---|---|---|
| This Invoice | $1,273.65 | Due December 22, 2007 |
| CURRENT INVOICES | $6,051.81 | |
| PAST DUE INVOICES | $0.00 | |
| TOTAL BALANCE DUE | $6,051.81 | |

Please Note: Velocity Express Lockbox Remit Address Change Effective August 15, 2007

---

**Remittance Advice** - *Please Return with Payment*
Terms: Net 15 days
Your Payment is due by December 22, 2007
Account Number: 752-38036
Account Name: CANON USA INC. -(JAMESBURG SCH RUN)
Invoice Date: 12/07/2007

☐ Check here if making changes to your account information. Please note changes on reverse side.

Make check payable to Velocity Express
Please include your account number on your check

VELOCITY 752-38036
PO Box 4730
Carol Stream, IL 60197

**Account Number:** 752-38036

| Invoice Number | This Invoice | Amount Enclosed |
|---|---|---|
| 752-06884830 | $1,273.65 | |

752 380360 06884830 00000127365 2

000346



# INVOICE

```
 1 Date:12/03/07  Ctrl #:752-33016254   BOL:80000581      Ref:SCHEDULED RUN        Dropped off:   :   Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON USA INC             CANON                                       BASE        $   70.17
Weight:        0 lbs            1 DAKOTA DR               100 RIDGE RD                                FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          NEW HYDE PARK  NY 11042   JAMESBURG      NJ 08831
Wait Time:     0 min            Caller:        SY001     Comments:

 2 Date:12/03/07  Ctrl #:752-33016388   BOL:80000582      Ref:SCHEDULED RUN        Dropped off:00:00 Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON                     CANON USA INC                               BASE        $   70.17
Weight:        0 lbs            100 RIDGE RD              1 DAKOTA DR                                 FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          JAMESBURG      NJ 08831   NEW HYDE PARK  NY 11042
Wait Time:     0 min            Caller:        SY001     Comments:

 3 Date:12/03/07  Ctrl #:752-33016401   BOL:80000583      Ref:SCHEDULED RUN        Dropped off:00:00 Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON                     CANON USA INC                               BASE        $   70.17
Weight:        0 lbs            400 SYLVAN AVE            1 DAKOTA DR                                 FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          ENGLEWOOD CLIFFSNJ 07632  NEW HYDE PARK  NY 11042
Wait Time:     0 min            Caller:        SY001     Comments:

 4 Date:12/04/07  Ctrl #:752-33016809   BOL:80000581      Ref:SCHEDULED RUN        Dropped off:   :   Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON USA INC             CANON                                       BASE        $   70.17
Weight:        0 lbs            1 DAKOTA DR               100 RIDGE RD                                FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          NEW HYDE PARK  NY 11042   JAMESBURG      NJ 08831
Wait Time:     0 min            Caller:        SY001     Comments:

 5 Date:12/04/07  Ctrl #:752-33016946   BOL:80000582      Ref:SCHEDULED RUN        Dropped off:00:00 Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON                     CANON USA INC                               BASE        $   70.17
Weight:        0 lbs            100 RIDGE RD              1 DAKOTA DR                                 FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          JAMESBURG      NJ 08831   NEW HYDE PARK  NY 11042
Wait Time:     0 min            Caller:        SY001     Comments:

 6 Date:12/04/07  Ctrl #:752-33016960   BOL:80000583      Ref:SCHEDULED RUN        Dropped off:00:00 Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON                     CANON USA INC                               BASE        $   70.17
Weight:        0 lbs            400 SYLVAN AVE            1 DAKOTA DR                                 FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          ENGLEWOOD CLIFFSNJ 07632  NEW HYDE PARK  NY 11042
Wait Time:     0 min            Caller:        SY001     Comments:

 7 Date:12/05/07  Ctrl #:752-33018459   BOL:80000581      Ref:SCHEDULED RUN        Dropped off:   :   Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON USA INC             CANON                                       BASE        $   70.17
Weight:        0 lbs            1 DAKOTA DR               100 RIDGE RD                                FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          NEW HYDE PARK  NY 11042   JAMESBURG      NJ 08831
Wait Time:     0 min            Caller:        SY001     Comments:

 8 Date:12/05/07  Ctrl #:752-33018597   BOL:80000582      Ref:SCHEDULED RUN        Dropped off:00:00 Signer:
Service Type:  SCH              Sender:                   Receiver:                                   Charges:    Breakdown:       Total:
Pieces:        0                CANON                     CANON USA INC                               BASE        $   70.17
Weight:        0 lbs            100 RIDGE RD              1 DAKOTA DR                                 FUEL SRCHG  $   14.74        $   84.91
Mileage:       0 miles          JAMESBURG      NJ 08831   NEW HYDE PARK  NY 11042
Wait Time:     0 min            Caller:        SY001     Comments:
```

000347

0001988 - 0008893  BRCD  627391



# INVOICE

You may have noticed your invoice now includes a statement of past due amounts. If you have any questions, please do not hesitate to call our Collections Hotline at 1-888-VEXP-NOW, option 4.

| ACCOUNT STATEMENT | Invoice | Period | Amount | Open |
|---|---|---|---|---|
| This Invoice | 06884830 | Dec 01, 2007 thru Dec 07, 2007 | 1,273.65 | 1,273.65 |
| Current Invoices | 06867540 | Nov 03, 2007 thru Nov 09, 2007 | 1,249.95 | 1,249.95 |
|  | 06871365 | Nov 10, 2007 thru Nov 16, 2007 | 1,249.95 | 1,249.95 |
|  | 06874950 | Nov 17, 2007 thru Nov 23, 2007 | 1,012.56 | 1,012.56 |
|  | 06878528 | Nov 24, 2007 thru Nov 30, 2007 | 1,265.70 | 1,265.70 |

Total Balance Due  $6,051.81

| Service Type | Orders | Total Amount |
|---|---|---|
|  | 15 | 1,273.65 |
| Service Type Total | 15 | 1,273.65 |

0001988 - 0008896 BRCD 627391