Batch Name : C12461-8/7/07
Created By : C12461
Date : 07-AUG-2007

| Invoice Num | Invoice Date | Supplier | Due date | Distribute Account | Amount | Invoice Amount |
|---|---|---|---|---|---|---|
| 14955 USD | 13-JUL-2007 | 100420 WE'RE ASSOCIC JERICHO-001 10% JERICHO QUADRANGLE CONFERENCE RM FEE 7/9-7/12/07 | 13-JUL-2007 | 10-N0-712020-81001510-ZZ-00-000-0000-000 JERICHO,NY,11753,,US | 1,955.24 | 1,955.24 |
| 0002855-00 USD | 23-JUL-2007 | 212281 PRO-TEK JERICHO 375 NORTH BROADWAY SUITE STEAMER | 12-AUG-2007 | 10-N0-712020-81003990-ZZ-00-000-0000-000 JERICHO,NY,11753,,US 5 | 429.39 | 429.39 |
| 0002883-00 USD | 23-JUL-2007 | 212281 PRO-TEK JERICHO 375 NORTH BROADWAY SUITE SOUP KETTLE | 12-AUG-2007 | 10-N0-712020-81003990-ZZ-00-000-0000-000 JERICHO,NY,11753,,US 5 | 661.09 | 661.09 |
| 0002884-00 USD | 23-JUL-2007 | 212281 PRO-TEK JERICHO 375 NORTH BROADWAY SUITE STEAMER | 12-AUG-2007 | 10-N0-712020-81003990-ZZ-00-000-0000-000 JERICHO,NY,11753,,US 5 | 476.41 | 476.41 |
| 808473 USD | 02-AUG-2007 | 100572 WALSH MESSENG GARDEN CITY-001 4 THIRD STREET DAILY RUN | 22-AUG-2007 | 10-N0-712020-81003570-ZZ-00-000-0000-000 GARDEN CITY PARK,NY,11040,,US | 414.00 | 414.00 |
| 2-069-40431 USD | 31-MAY-2007 | 022033 FEDERAL EXPRE PITTSBURGH-2 P.O. BOX 371461 GROUND SVCS | 20-JUN-2007 | 10-N0-161110-81003570-AX-53-000-0000-000 10-N0-712020-81003570-ZZ-00-000-0000-000 PITTSBURGH,PA,15250-7461,,US | 19.73 12.00 | 31.73 |
| 2-044-55780 USD | 17-MAY-2007 | 022033 FEDERAL EXPRE PITTSBURGH-2 P.O. BOX 371461 GROUND SVCS | 06-JUN-2007 | 10-N0-712020-81003570-ZZ-00-000-0000-000 PITTSBURGH,PA,15250-7461,,US | 8.00 | 8.00 |
| 2-156-81828 USD | 19-JUL-2007 | 022033 FEDERAL EXPRE PITTSBURGH-2 P.O. BOX 371461 MERCHANDISE SALES | 08-AUG-2007 | 10-N0-712020-81003570-ZZ-00-000-0000-000 PITTSBURGH,PA,15250-7461,,US | 8.47 | 8.47 |
| 2-068-54457 USD | 31-MAY-2007 | 022033 FEDERAL EXPRE PITTSBURGH-2 P.O. BOX 371461 GROUND SVCS | 20-JUN-2007 | 10-N0-260064-81003570-WZ-53-000-0000-000 PITTSBURGH,PA,15250-7461,,US | 7.88 | 7.88 |
| 6924 USD | 28-JUL-2007 | 100349 UNI SYSTEMS O DIX HILLS-001 6 KINSELLA STREET MAINT ON WATER FILTERS | 17-AUG-2007 | 10-N0-712020-81001510-ZZ-00-000-0000-000 DIX HILLS,NY,11746,,US | 191.07 | 191.07 |
| 15489 USD | 01-AUG-2007 | 220521 LEE INVENTION WESTWEGO 7750 WESTBANK EXPY AUG 2007 RENTAL | 21-AUG-2007 | 10-N0-712020-81001320-ZZ-00-000-0000-000 WESTWEGO,LA,70094,,US | 125.00 | 125.00 |
| 53611973 USD | 10-JUL-2007 | 102125 ADT SECURITY PITTSBURGH-002 P.O. BOX 37197M INSTALLATION CHARGE | 10-JUL-2007 | 10-N0-712050-81003926-ZZ-00-000-0000-000 PITTSBURGH,PA,15250,,US | 6,245.94 | 6,245.94 |
| 53611974 USD | 10-JUL-2007 | 102125 ADT SECURITY PITTSBURGH-002 P.O. BOX 37197M INSTALLATION CHARGE | 10-JUL-2007 | 10-N0-712050-81003926-ZZ-00-000-0000-000 PITTSBURGH,PA,15250,,US | 21,366.54 | 21,366.54 |
| 5220 USD | 25-JUL-2007 | 100459 ROLAND'S ELEC DEER PARK-001 30 SURBURBAN AVE. JULY MAINT - IT DEPT | 14-AUG-2007 | 10-N0-707030-81001510-ZZ-00-000-0000-000 DEER PARK,NY,11729,,US | 189.01 | 189.01 |

COPY

000449

UFNAD209
CUSAR209

Canon Invoice Batch Approval

Batch Name : C12461-8/7/07
Created By : C12461
Date       : 07-AUG-2007

| Invoice Num | Invoice Date | Supplier | Due date | Distribute Account | Amount |
|-------------|--------------|----------|----------|--------------------|--------|
| 5222 USD | 26-JUL-2007 | 100459 ROLAND'S ELEC 15-AUG-2007 DEER PARK-001 307 SURBURBAN AVE. DATA CENTER | | 10-N0-707030-81001510-ZZ-00-000-0000-000  1,904.92 DEER PARK,NY,11729,,US | 1,904.92 |
| 752-06797267 USD | 27-JUL-2007 | 101960 VELOCITY EXPR 16-AUG-2007 | | 10-N0-215010-81003570-RT-10-000-0000-000 10-N0-707040-81003570-ZZ-00-000-0000-000 10-N0-707050-81003570-ZZ-00-000-0000-000 | 547.27 348.18 174.09 |
| | | DALLAS P.O. BOX 660329 DALLAS, TX HOT SHOTS | | 75266-0329                  DALLAS,TEXAS,75266-0329,,US | 1,069.54 |
| 752-06797271 USD | 27-JUL-2007 | 101960 VELOCITY EXPR 16-AUG-2007 | | 10-N0-711010-81003570-ZZ-00-000-0000-000 10-N0-802010-81003570-ZZ-00-000-0000-000 | 609.15 609.15 |
| | | DALLAS P.O. BOX 660329 DALLAS, TX JAMESBURG SCHED RUN | | 75266-0329                  DALLAS,TEXAS,75266-0329,,US | 1,218.30 |
| 219239310 USD | 19-JUL-2007 | 102014 ABF FREIGHT S 08-AUG-2007 FORT SMITH-001 P.O. BOX 10048 1 SKD COMP PRODUCTS | | 10-N0-133020-81002110-TW-20-000-0000-000   163.20 FORT SMITH,AR,72917-0048,,US | 163.20 |
| 219239318 USD | 24-JUL-2007 | 102014 ABF FREIGHT S 13-AUG-2007 FORT SMITH-001 P.O. BOX 10048 1 SKD COMP PRODUCTS | | 10-N0-292000-81002110-DH-00-000-0000-000   144.23 FORT SMITH,AR,72917-0048,,US | 144.23 |

Batch total     36,609.96

Count             19

000450



# *INVOICE*

| Page | Account Number | Invoice No. | Invoice Date | This Invoice | T e r m s |
|------|---------------|-------------|--------------|--------------|-----------|
| 1 of 4 | 752-33466 | 752-06797267 | 07/27/2007 | $1,069.54 | Net 15 days |

CANON USA INC.
ATTN: MARYANN DENGEL
ONE CANON PLZ
FACILITIES MANAGEMENT
NEW HYDE PARK NY 11042-1119

0002350 - 0010395     1NNNNN

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone: 888-VEXP-NOW opt# 3
Fax: 832-603-4083
Web: www.velocityexpress.com

COPY

For service period 07/21/2007 - 07/27/2007

## Account Summary as of July 27, 2007*

| | | |
|---|---|---|
| This Invoice | $1,069.54 | Due August 11, 2007 |
| CURRENT INVOICES | $2,890.72 | |
| PAST DUE INVOICES | $0.00 | |
| TOTAL BALANCE DUE | $2,890.72 | |

101960
3570

Great Opportunity!! Save on your transportation cost   Take advantage of our fast pay program   Call
888-839-7669 Option 3.

215010/RT/10 = 547.27
707040 = 348.18
707050 = 174.09

---

## **Remittance Advice** - *Please Return with Payment*

Terms: Net 15 days
Your Payment is due by August 11, 2007
Account Number: 752-33466
Account Name: CANON USA INC.
Invoice Date: 07/27/2007



☐ Check here if making changes to your account
   information. Please note changes on reverse side.

Make check payable to Velocity Express
Please include your account number on your check

VELOCITY 752-33466
PO BOX 660329
Dallas, TX 75266-0329

**Account Number: 752-33466**

| Invoice Number | This Invoice | Amount Enclosed |
|----------------|--------------|-----------------|
| 752-06797267 | $1,069.54 | |

752 334664 06797267 00000106954 4          000451



# INVOICE

## 1 Date:07/23/07 Ctrl #:752-32885141 BOL:    Ref:215010    Dropped off:13:30 Signer:JEAN

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 11 | CANON USA INC. | CANON | BASE | $ 150.40 | |
| Weight: 220 lbs | ONE CANON PLZ | 100 JAMESBURG ROAD | WEIGHT | $ 10.80 | |
| Mileage: 0 miles | NEW HYDE PARK NY 11042 | JAMESBURG NJ 08831 | FUEL SRCHG | $ 25.39 | $ 186.59 |
| Wait Time: 0 min | Caller: MOHAMMED | Comments: | | | |

## 2 Date:07/24/07 Ctrl #:752-32885177 BOL:    Ref:N0707040/2200    Dropped off:13:00 Signer:LUCY

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 1 | CANON USA INC. | CANON | BASE | $ 150.40 | |
| Weight: 5 lbs | ONE CANON PLZ | 100 JAMESBURG ROAD | FUEL SRCHG | $ 23.69 | |
| Mileage: 0 miles | NEW HYDE PARK NY 11042 | JAMESBURG NJ 08831 | | | $ 174.09 |
| Wait Time: 0 min | Caller: CHARLES LEVAR | Comments: | | | |

## 3 Date:07/24/07 Ctrl #:752-32885178 BOL:    Ref:IT707040/BVS21FSC161131 Dropped off:15:30 Signer:JEAN

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 3 | CANON | CANON | BASE | $ 150.40 | |
| Weight: 100 lbs | 100 JAMESBURG ROAD | 4 OHIO DRIVE | FUEL SRCHG | $ 23.69 | |
| Mileage: 0 miles | JAMESBURG NJ 08831 | NEW HYDE PARK NY 11040 | | | $ 174.09 |
| Wait Time: 0 min | Caller: LUCY | Comments: | | | |

## 4 Date:07/25/07 Ctrl #:752-32886452 BOL:    Ref:215010    Dropped off:13:30 Signer:JOSE

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 11 | CANON USA INC. | CANON | BASE | $ 150.40 | |
| Weight: 140 lbs | ONE CANON PLZ | 100 JAMESBURG ROAD | WEIGHT | $ 5.40 | |
| Mileage: 0 miles | NEW HYDE PARK NY 11042 | JAMESBURG NJ 08831 | FUEL SRCHG | $ 24.54 | $ 180.34 |
| Wait Time: 0 min | Caller: MOHAMED | Comments: | | | |

## 5 Date:07/27/07 Ctrl #:752-32888982 BOL:    Ref:215010    Dropped off:12:30 Signer:JOSE

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 6 | CANON USA INC. | CANON | BASE | $ 150.40 | |
| Weight: 140 lbs | ONE CANON PLZ | 100 JAMESBURG ROAD | WEIGHT | $ 5.40 | |
| Mileage: 0 miles | NEW HYDE PARK NY 11042 | JAMESBURG NJ 08831 | FUEL SRCHG | $ 24.54 | $ 180.34 |
| Wait Time: 0 min | Caller: MOHAMED | Comments: | | | |

## 6 Date:07/27/07 Ctrl #:752-32888983 BOL:    Ref:707050    Dropped off:14:00 Signer:TRAVER

| Service Type: HOT | Sender: | Receiver: | Charges: | Breakdown: | Total: |
|---|---|---|---|---|---|
| Pieces: 1 | CANON | CANON USA INC. | BASE | $ 150.40 | |
| Weight: 35 lbs | 100 JAMESBURG ROAD | 4 OHIO DRIVE | FUEL SRCHG | $ 23.69 | |
| Mileage: 0 miles | JAMESBURG NJ 08831 | NEW HYDE PARK NY 11042 | | | $ 174.09 |
| Wait Time: 0 min | Caller: ABRAHAM | Comments: | | | |

| | |
|---|---|
| Subtotal Charges | $924.00 |
| Total Fuel Charges | $145.54 |
| THIS INVOICE TOTAL | $1,069.54 |


| Page | Account Number | Invoice No. | Invoice Date | This Invoice | Terms |
|------|----------------|-------------|--------------|--------------|-------|
| 1 of 5 | 752-38036 | 752-06797271 | 07/27/2007 | $1,218.30 | Net 15 days |

CANON USA INC. -(JAMESBURG SCH RUN)
ATTN: FACILITIES MANAGEMENT
ONE CANON PLZ
NEW HYDE PARK NY 11042-1119

0002354 - 0010411      INNNN

For service period 07/21/2007 - 07/27/2007

**For Questions Regarding This Invoice:**
**Velocity Express Account Services**
Phone:   888-VEXP-NOW opt# 3
Fax:       832-603-4083
Web:      www.velocityexpress.com

## Account Summary as of July 27, 2007*

| | | |
|---|---|---|
| This Invoice | $1,218.30 | Due August 11, 2007 |
| CURRENT INVOICES | $4,615.50 | |
| PAST DUE INVOICES | $0.00 | |
| TOTAL BALANCE DUE | $4,615.50 | |

*101960*

*3570*

Great Opportunity!! Save on your transportation cost   Take advantage of our fast pay program   Call
888-839-7669 Option 3.

NO  711010 = 609.15
BO  802010 = 609.15

## Remittance Advice - *Please Return with Payment*

Terms: Net 15 days
Your Payment is due by August 11, 2007
Account Number:  752-38036
Account Name:   CANON USA INC. -(JAMESBURG SCH RUN)
Invoice Date:      07/27/2007



☐ Check here if making changes to your account
information. Please note changes on reverse side.

Make check payable to Velocity Express
Please include your account number on your check

VELOCITY 752-38036
PO BOX 660329
Dallas, TX 75266-0329

**Account Number:  752-38036**

| Invoice Number | This Invoice | Amount Enclosed |
|----------------|--------------|-----------------|
| 752-06797271 | $1,218.30 | |

752 380360 06797271 00000121830 1

000453



# INVOICE

---

**1 Date:07/23/07 Ctrl #:752-32881627   BOL:80000581**   Ref:SCHEDULED RUN   Dropped off: :   Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON USA INC | | CANON | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 1 DAKOTA DR | | 100 RIDGE RD | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | NEW HYDE PARK | NY 11042 | JAMESBURG | NJ 08831 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**2 Date:07/23/07 Ctrl #:752-32881761   BOL:80000582**   Ref:SCHEDULED RUN   Dropped off:00:00 Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON | | CANON USA INC | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 100 RIDGE RD | | 1 DAKOTA DR | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | JAMESBURG | NJ 08831 | NEW HYDE PARK | NY 11042 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**3 Date:07/23/07 Ctrl #:752-32881775   BOL:80000583**   Ref:SCHEDULED RUN   Dropped off:00:00 Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON | | CANON USA INC | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 400 SYLVAN AVE | | 1 DAKOTA DR | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | ENGLEWOOD CLIFFSNJ 07632 | | NEW HYDE PARK | NY 11042 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**4 Date:07/24/07 Ctrl #:752-32882199   BOL:80000581**   Ref:SCHEDULED RUN   Dropped off: :   Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON USA INC | | CANON | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 1 DAKOTA DR | | 100 RIDGE RD | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | NEW HYDE PARK | NY 11042 | JAMESBURG | NJ 08831 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**5 Date:07/24/07 Ctrl #:752-32882336   BOL:80000582**   Ref:SCHEDULED RUN   Dropped off:00:00 Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON | | CANON USA INC | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 100 RIDGE RD | | 1 DAKOTA DR | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | JAMESBURG | NJ 08831 | NEW HYDE PARK | NY 11042 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**6 Date:07/24/07 Ctrl #:752-32882351   BOL:80000583**   Ref:SCHEDULED RUN   Dropped off:00:00 Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON | | CANON USA INC | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 400 SYLVAN AVE | | 1 DAKOTA DR | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | ENGLEWOOD CLIFFSNJ 07632 | | NEW HYDE PARK | NY 11042 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**7 Date:07/25/07 Ctrl #:752-32884076   BOL:80000581**   Ref:SCHEDULED RUN   Dropped off: :   Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON USA INC | | CANON | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 1 DAKOTA DR | | 100 RIDGE RD | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | NEW HYDE PARK | NY 11042 | JAMESBURG | NJ 08831 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |

---

**8 Date:07/25/07 Ctrl #:752-32884214   BOL:80000582**   Ref:SCHEDULED RUN   Dropped off:00:00 Signer:

| Service Type: | SCH | Sender: | | Receiver: | | Charges: | Breakdown: | | Total: |
|---|---|---|---|---|---|---|---|---|---|
| Pieces: | 0 | CANON | | CANON USA INC | | BASE | $ 70.17 | | |
| Weight: | 0 lbs | 100 RIDGE RD | | 1 DAKOTA DR | | FUEL SRCHG | $ 11.05 | | $ 81.22 |
| Mileage: | 0 miles | JAMESBURG | NJ 08831 | NEW HYDE PARK | NY 11042 | | | | |
| Wait Time: | 0 min | Caller: | SY001 | Comments: | | | | | |



# INVOICE

You may have noticed your invoice now includes a statement of past due amounts. If you have any questions, please do not hesitate to call our Collections Hotline at 1-888-VEXP-NOW, option 4.

| ACCOUNT STATEMENT | Invoice | Period | Amount | Open |
|-------------------|---------|--------|--------|------|
| This Invoice | 06797271 | Jul 21, 2007 thru Jul 27, 2007 | 1,218.30 | 1,218.30 |
| Current Invoices | 06784701 | Jun 30, 2007 thru Jul 06, 2007 | 968.40 | 968.40 |
| | 06788936 | Jul 07, 2007 thru Jul 13, 2007 | 1,210.50 | 1,210.50 |
| | 06793158 | Jul 14, 2007 thru Jul 20, 2007 | 1,218.30 | 1,218.30 |
| | | **Total Balance Due** | | **$4,615.50** |

| Service Type | Orders | Total Amount |
|--------------|--------|--------------|
| SCHEDUL | 15 | 1,218.30 |
| **Service Type Total** | 15 | 1,218.30 |

000455

000235A · 0010415       1NNNNN